UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES J. MAILMAN, individually<br>and as Fiduciary of the Chasma Scientific, Inc.<br>Profit Sharing Plan and Trust<br><br>and<br><br>CHASMA SCIENTIFIC, INC.<br><br>Defendants | CIVIL ACTION<br>FILE NO. **05-CV-11744 JLT** |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Plaintiff in the above-entitled case.

*/s/ Donald E. d'Entremont*

Donald E. d'Entremont
Attorney
BBO # 558834

U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142